UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Tristen mercedes Poindexter

(Enter above the full name of
plaintiff in this action)

v.

Starbucks York Roasting Plant

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:21-CV-1847
(to be supplied by Clerk
of the District Court)

## COMPLAINT

1. The plaintiff Tristen M. Poindexter a citizen of the County of York State of Pennsylvania, residing at 824 N Duke St York PA 17404 wishes to file a complaint under Title VII - Discrimination
(give Title No. etc.)

2. The defendant is a black woman

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary)

3. (CONTINUED) I am the only black Inventory Control Specialist working for Starbucks York Roasting plant. In the time of my employment my pay for hours worked has been adjusted. My confidentiality has been broken. I have endured harrasment, bullying, sabotaging or deliberately subverting and obstructing my ability to work. I have endured verbal & physical intimidation.

4. WHEREFORE, plaintiff prays that my case would be heard and Starbucks York Roasting plant be held accountable for all actions that has taken place against me.

Dristen Mercedes Poindexter
(Signature of Plaintiff)