UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRISTEN MERCEDES POINDEXTER, | ) | CIVIL ACTION NO. 1:21-CV-1847 |
| Plaintiff | ) | |
| | ) | (ARBUCKLE, M.J.) |
| v. | ) | |
| | ) | |
| STARBUCKS YORK ROASTING PLANT, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1) Defendant's motion (Doc. 15) is GRANTED insofar as the Court finds that Plaintiff's original complaint should be dismissed. Defendant's request that Plaintiff's complaint be dismissed with prejudice is DENIED.

(2) Plaintiff may, if she chooses, file an amend complaint on or before **February 6, 2023** to correct the deficiencies noted in this opinion.

Any amended complaint must be titled as an amended complaint and must contain the docket number of this case. Any amended complaint must be complete in all respects; it must be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. Any amended complaint will completely replace the original complaint. If an amended complaint is filed, the original complaint will have no role in the future litigation of this case. Any amended complaint must also comply with the pleading requirements of the Federal Rules of Civil Procedure.

(3) The Clerk of Court will be DIRECTED to close this case should Plaintiff fail to timely file an amended complaint.

Date: January 13, 2023         BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge