UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRISTEN MERCEDES POINDEXTER, | ) | CIVIL ACTION NO. 1:21-CV-1847 |
| Plaintiff | ) ) ) | |
| v. | ) ) | (ARBUCKLE, M.J.) |
| STARBUCKS YORK ROASTING PLANT, | ) ) ) | |
| Defendant | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that Defendant's Motion to Dismiss (Doc. 34) is GRANTED as follows:

(1) Plaintiff's Title VII disparate treatment and retaliation claims are DISMISSED without leave to amend.

(2) Plaintiff's Title VII retaliatory termination claim is DISMISSED without leave to amend, but without prejudice to refile as a separate action in the event Plaintiff properly exhausts her administrative remedies.

(3) The Clerk of Court is directed to CLOSE this case.

Date: June 28, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge